JANUARY 24, 2011

No. 10–136. HOREL, WARDEN v. SOLORIO VALDOVINOS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma*

*pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harrington* v. *Richter, ante,* p. 86.